UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

LINDA LOU DAWSON, individually and
in her capacity as Executor of the Estate of
Ronald Wade, Deceased,

    Plaintiff-Appellee,

v.   No. 14-1515
(1:11-cv-00114-IMK)

UNITED STATES OF AMERICA,

    Defendant-Appellant.

## STATUS REPORT

The parties advise the court that the settlement of this matter was approved by the United States District Court for the Northern District of West Virginia on October 31, 2014, and that the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 was signed by the plaintiff-appellee and her counsel on November 3 and 4, 2014, respectively. The Stipulation was signed on behalf of the government-appellant by its counsel on November 7, 2014. Counsel for the government subsequently filed a judgment fund request with the United States Department of Treasury on November 7, 2014. As of today, that request has not yet appeared on the system but government counsel advises this can take up to thirty (30) days.

Counsel will submit their next status report on December 23, 2014, or sooner if the settlement is finalized by appellee's receipt of the settlement check before that date.

    Respectfully submitted.
    THE PARTIES, BY COUNSEL.

| | |
|---|---|
| /s/ *Jane E. Peak* | /s/ *Imran R. Zaidi* |
| Jane E. Peak | Dana J. Martin |
| Allan N. Karlin & Associates | Imran R. Zaidi |
| 174 Chancery Row | Civil Division |
| Morgantown, WV 26505 | US Department of Justice |
| 304-296-8266 | 950 Pennsylvania Ave., NW |
| *Counsel for Plaintiff-Appellee* | Washington, DC 20530 |
| | 202-514-5377 |
| | *Counsel for Defendant-Appellant* |